## Ella M. Bland, Appellant, v. Herbert J. Buchsbaum et al., Defendants. Herbert J. Buchsbaum, Appellee.

### Gen. No. 41,828.

Heard in second division, first district, this court at October term, 1941; opinion filed November 17, 1942. William H. Haynes, for appellant; Theodore Stone, for appellee; Walter H. Moses and Charles C. Kirk, of counsel. Opinion by JUSTICE SCANLAN. "Not to be published in full."